UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| M.J. FARMS, LTD. | CIVIL ACTION NO. 07-0963 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| EXXON MOBIL CORPORATION, et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Plaintiff's motion to remand, **Doc. #28**, is GRANTED and this matter IS ORDERED REMANDED to the 7th Judicial District Court, Catahoula Parish, Louisiana. The State's motion to remand, document #39, is DENIED AS MOOT.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 18th day of July, 2007.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**